UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on August 1, 2024

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| v. | : | GRAND JURY ORIGINAL |
| JASON JEROME BELL, | : | VIOLATIONS: |
| | : | 18 U.S.C. § 922(o) |
| Defendant. | : | (Unlawful Possession of a Machinegun) |
| | : | 22 D.C. Code § 4504(a) (2001 ed.) |
| | : | (Carrying a Pistol Without a License |
| | : | (Outside Home or Place of Business)) |
| | : | |
| | : | FORFEITURE: |
| | : | 18 U.S.C. § 924(d); 21 U.S.C. § 853(p); |
| | : | and 28 U.S.C. § 2461(c) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about October 11, 2024, within the District of Columbia, **JASON JEROME BELL**, did knowingly and unlawfully possess a machinegun, as defined by Title 26, United States Code, Section 5846(b), that is, a black Glock 30 Gen 4, .45 caliber handgun, serial number UFV956, equipped with a conversion device designed and intended to convert the pistol into a weapon which shot, and was designed to shoot, automatically more than one shot, without manual reloading, by a single function of the trigger.

   (**Unlawful Possession of a Machinegun**, in violation of Title 18, United States Code, Section 922(o))

## COUNT TWO

On or about October 11, 2024, within the District of Columbia, **JASON JEROME BELL**, did carry, openly and concealed on or about his person, in a place other than his dwelling place, place of business or on other land possessed by him, a pistol, that is, a black Glock 30 Gen 4, .45 caliber handgun, serial number UFV956, without a license issued pursuant to law.

**(Carrying a Pistol Without a License (Outside Home or Place of Business)**, in violation of Title 22, District of Columbia Code, Section 4504(a))

## FORFEITURE ALLEGATION

1. Upon conviction of the offense alleged in Count One this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense, including but not limited to a black Glock 30 Gen 4, .45 caliber handgun with a Glock switch, serial number UFV956, a 26 capacity magazine, and 27 rounds of .45 caliber ammunition.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

   (a) cannot be located upon the exercise of due diligence;

   (b) has been transferred or sold to, or deposited with, a third party;

   (c) has been placed beyond the jurisdiction of the Court;

   (d) has been substantially diminished in value; or

   (e) has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c))

A TRUE BILL:

FOREPERSON.

*Matthew M. Graves*
Attorney of the United States in
and for the District of Columbia.