UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**          ) | |
|                                         ) | |
| **v.**                                  ) | No. 24-cr-503 (RBW) |
|                                         ) | |
| **JASON JEROME BELL,**                  ) | |
|                                         ) | |
| **Defendant.**                          ) | |
| _____ ) | |

### CONSENT MOTION TO CONTINUE SENTENCING
### & RESPECTIVE MEMORANDUM DEADLINES

Defendant, Jason Bell, through undersigned counsel, respectfully moves this Court to continue the Sentencing currently scheduled for April 22, 2025 out 30 days.

In support of this motion, defense counsel states as follows:

1. Mr. Bell was supposed to be brought over to the courthouse cellblock February 22, 2025 for his PSR interview but was not transported due to illness. Defense counsel was then on leave until March 6 and the PSR interview has been rescheduled for March 13.

2. Given probation's need to conduct the interview, write a report and give both parties enough time to object, the current deadlines are not feasible.

3. Counsel for the government, Lori Randall, Assistant United States Attorney, consents to a 30-day continuance.

WHEREFORE, the defendant respectfully requests that this Court grant his motion to continue the sentencing hearing currently scheduled for April 22, 2025 by 30 days and revise the memorandum deadlines accordingly.

Respectfully submitted,

A. J. KRAMER  
FEDERAL PUBLIC DEFENDER

/s/
_____

ALEXIS GARDNER  
Assistant Federal Public Defender  
625 Indiana Avenue, NW, Suite 550  
Washington, D.C. 20004  
(202) 208-7500  
Alexis_Gardner@fd.org

2